1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

KAY CADY-JOHNSON,

Case No.  24-cv-06213-HSG

8

Plaintiff,

**SCHEDULING ORDER**

9

v.

10

ALPHAPALS, INC.,

11

Defendant.

12
13

A case management conference was held on March 18, 2025.  Having considered the

14

parties' proposal, *see* Dkt. No. 33, the Court **SETS** the following deadlines pursuant to Federal

15

Rule of Civil Procedure 16 and Civil Local Rule 16-10:

16
17

| Event | Deadline |
|-------|----------|
| Amendment of Pleadings/ Joinder | May 17, 2025 |
| Close of Fact Discovery | August 15, 2025 |
| Exchange of Opening Expert Reports | August 30, 2025 |
| Exchange of Rebuttal Expert Reports | September 14, 2025 |
| Close of Expert Discovery | September 29, 2025 |
| Dispositive Motion Hearing Deadline | November 13, 2025, at 2:00 p.m. |
| Pretrial Conference | February 10, 2026, at 3:00 p.m. |
| Jury Trial | February 23, 2026, at 8:30 a.m. |

18
19
20
21
22
23
24
25

//

26

//

27

//

28

//

United States District Court
Northern District of California

1   These dates may only be altered by order of the Court and only upon a showing of good

2   cause.  The parties are directed to review and comply with this Court's standing orders.

3   **IT IS SO ORDERED.**

4   Dated:   3/20/2025

5

6   HAYWOOD S. GILLIAM, JR.
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California